IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION          MDL No. 2327

THIS DOCUMENT RELATES TO:

*Westfall, et al. v. Ethicon, Inc., et al.*          Civil Action No. 2:13-cv-32823

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order of this date, the court **ORDERS** that this case be **DISMISSED with prejudice** and **STRICKEN** from the docket of this court.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

ENTER:  November 12, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE